**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Allan HAWLEY, Defendant-Appellant**

No. 14-51309
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed August 24, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, Mara Asya Blatt, Esq., Assistant U.S. Attorney, Mark Randolph Stelmach, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Allan Hawley, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

Allan Hawley, federal prisoner # 60662-080, appeals the dismissal of his 28 U.S.C. § 2255 motion, which alleged that the district court erred in sentencing him under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e). On October 27, 2016, the district court found that the application of the ACCA to Hawley was invalidated by *Johnson v. United States,* —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). The district court vacated the 240-month sentence under the ACCA and resentenced

---

Hawley to 120 months in prison. Because the district court vacated the sentence from which Hawley seeks relief under § 2255, this appeal does not present a live controversy and is moot. *See Rocky v. King,* 900 F.2d 864, 867 (5th Cir. 1990). Accordingly, the appeal is DISMISSED as MOOT.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be